IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02721-AP

LINDA VAN HANKEN, a/k/a LINDA CRAWFORD,

    Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
       Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Ann J. Atkinson
Attorney at Law
7960 S. Ireland Way
Aurora, CO 80016-1904
(303) 680-1881
(303) 680-7891 (facsimile)
atkinsonAJ@aol.com

For Defendant:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
1961 Stout, Suite 4169

- 1 -

Denver, Colorado 80294-4003  
303-844-7101  
303-844-0770 (facsimile)  
Alexess.rea@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**  **Date Complaint Was Filed:**  October 3, 2013

    **B.**  **Date Complaint Was Served on U.S. Attorney's Office:**  October 8, 2013

    **C.**  **Date Answer and Administrative Record Were Filed:**  January 6, 2014

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record appears to be adequate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not intend to submit additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not appear to raise unusual claims or defenses.

**7.  OTHER MATTERS**

The parties are not aware of any other matters.

**8.  BRIEFING SCHEDULE**

    **A.**  **Plaintiff's Opening Brief Due:** March 10, 2014  
    **B.**  **Defendant's Response Brief Due**: April 9, 2014  
    **C.**  **Plaintiff's Reply Brief (If Any) Due:** April 24, 2014

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**   **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**   **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

***Indicate below the parties' consent choice**.*

    **A.**   **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**   **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 27th day of January, 2014.

                                               BY THE COURT:

                                               *s/John L. Kane*
                                               U.S. DISTRICT COURT JUDGE

APPROVED:

                John F. Walsh
                United States Attorney

| *s/ Ann J. Atkinson* | **By:** *s/ Alexess D. Rea* |
|---|---|
| Ann J. Atkinson | Alexess D. Rea |
| Attorney at Law | Special Assistant U.S. Attorney |
| 7960 S. Ireland Way | 1961 Stout St., Suite 4169 |
| Aurora, CO 80016-1904 | Denver, CO 80294-4003 |
| (303) 680-1881 | (303) 844-7101 |
| (303) 680-7891 (facsimile) | 303) 844-0770 (facsimile) |
| atkinsonAJ@aol.com | alexess.rea@ssa.gov |
| Attorney for Plaintiff | Attorneys for Defendant |